# The Sultzer Law Group P.C.
*A Complex Litigation & Trial Practice*

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

May 24, 2022

**FILED VIA ECF**
Judge Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Delcid, et al. v. Unilever United States, Inc.
Index No: 1:21-cv-09569-VSB

Your Honor:

  The parties write to jointly inform the Court that the above-referenced matter has been resolved. With the Court's permission, Plaintiffs' counsel intends to file its Motion for Preliminary Approval of Class Action Settlement and Class Certification within sixty (60) days from the date of this letter.

  Please kindly advise should Your Honor have any further questions.

Very truly yours,

THE SULTZER LAW GROUP P.C.

Jason P. Sultzer

cc: All counsel of record via ECF

---

In light of this, the Clerk of Court is respectfully requested to close the open motions at docket entries 19 and 29.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
05/25/22