UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :      21cv9569 (DLC)
OTTO DELCID, et al.,                     :
                                         :           ORDER
                          Plaintiffs,    :
             -v-                         :
                                         :
HELEN OF TROY LIMITED, et al.,           :
                                         :
                          Defendants.    :
                                         :
                                         :
----------------------------------------X


DENISE COTE, District Judge:

     On July 27, 2022, the plaintiffs moved for preliminary

approval of the proposed settlement of the action, certification

of the proposed settlement class, and approval of notice to the

class members.  Accordingly, it is hereby

     ORDERED that a telephone conference will be held on

**September 29, 2022** at **11:30 a.m.** to discuss preliminary approval

of the settlement.

     The parties shall use the following dial-in credentials for

the conference.

                 Dial-in:       888-363-4749
                 Access code:   4324948

The parties shall use a landline if one is available.

Dated:     New York, New York
           August 23, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge