```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
OTTO DELCID, et al.,                      :
                                          :
                      Plaintiffs,         :
            -v-                           :
                                          :
HELEN OF TROY LTD., et al.,               :
                                          :
                      Defendants.         :   21cv9569 (DLC)
                                          :   21cv9616 (DLC)
-----------------------------------------  :
                                          :       ORDER
                                          :
MINA KALLAMANI,                           :
                                          :
                      Plaintiff,          :
            -v-                           :
                                          :
TENEGRAM CAPITAL PARTNERS, LLC            :
                                          :
                      Defendants.         :
                                          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 27, 2022, the plaintiffs moved for preliminary approval of the proposed settlement of the action, certification of the proposed settlement class, and approval of notice to the class members.  The Court held a conference regarding the plaintiffs' motion on September 29, 2022.  As set forth at the conference, it is hereby

ORDERED that the plaintiffs' July 27 motion is denied

without prejudice to any renewed motion submitted no later than **October 14, 2022.**

Dated:   New York, New York
         September 29, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge