# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO DELCID, LUZ ROMAN, MINA KALLAMNI, MARY MOLINA, CARLO GARCIA, and ANDREA FAHEY on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>TCP HOT ACQUISITION LLC and IDELLE LABS, LTD,<br><br>       Defendants. | Case No. 1:21-cv-09569-DLC<br><br>Hon. Denise L. Cote |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 13, 2023 at 11:00 a.m., in the Courtroom of the Honorable Denise L. Cote, United States District Court, Southern District of New York, pursuant to Federal Rule of Civil Procedure Rule 23 and the Court's Preliminary Approval Order (ECF No. 36), Plaintiffs Otto Delcid, Luz Roman, Mina Kallamni, Mary Molina, Carlo Garcia, and Andrea Fahey, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), will move this Court for an entry of a Final Order and Judgment: (1) confirming his appointment as the class representative for the Class; (2) confirming appointment of Class Counsel; (3) confirming and making final the Court's certification of the Class for settlement

purposes only; and (4) granting final approval of the Settlement.[1]

Dated: March 8, 2022.                                    Respectfully submitted,

**THE SULTZER LAW GROUP, P.C.**

By: _/s/ Jason P. Sultzer_
   Jason P. Sultzer, Esq.
   Philip Furia, Esq.
   Mindy Dolgoff, Esq.
   85 Civic Center Plaza, Suite 200
   Poughkeepsie, NY 12601
   Phone: (845) 483-7100
   Fax: (888) 749-7747
   sultzerj@thesultzerlawgroup.com
   furiap@thesultzerlawgroup.com
   dolgoffm@thesultzerlawgroup.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

**BURSOR & FISHER, P.A.**
Max S. Roberts, Esq.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot, Esq.*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail: swestcot@bursor.com

---

[1] [1] This motion will be available on the settlement website within one day of filing.

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.*
David C. Magagna Jr., Esq.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
E-Mail: cschaffer@lfsblaw.com
       dmagagna@lfsblaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu, III, Esq.*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Jennifer Czeisler, Esq.*
Virginia Ann Whitener, Esq.*
Russell Busch, Esq.*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
E-Mail: jczeisler@milberg.com
       gwhitener@milberg.com
       rbusch@milberg.com

*Attorneys for Plaintiffs and the Settlement Class*