UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTTO DELCID, LUZ ROMAN, MINA KALLAMNI, MARY MOLINA, CARLO GARCIA, and ANDREA FAHEY on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>TCP HOT ACQUISITION LLC and IDELLE LABS, LTD,<br><br>      Defendants. | Case No. 1:21-cv-09569-DLC<br><br>Hon. Denise L. Cote |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARD**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on March 13, 2023, at 11:00 a.m., in the Courtroom of the Honorable Denise L. Cote, United States District Court, Southern District of New York, Plaintiffs will and hereby do move the Court for an order approving and awarding attorneys' fees, litigation costs, and a service award.

By this motion, Plaintiffs seek:

1. $1,216,666 in Attorney's Fees and Costs ($20,918.22 in costs), and
2. $500 service awards for each of the Class Representatives ($3,000 in total).

This motion is made on the grounds that: (1) such fees are fair and reasonable in light of the efforts of Plaintiffs' counsel in obtaining the settlement herein; (2) the requested attorneys'

fees comport with the applicable law; (3) the expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of this action; and (4) a reasonable payment to plaintiffs for their efforts on behalf of the Class is warranted and appropriate. This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the accompanying declarations of counsel in support of Plaintiffs' Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Litigation Costs, and Service Awards, the Declaration of Steven Weisbrot of Angeion Group, LLC Re: Implementation of Notice Plan, the pleadings and records on file herein, and upon such additional evidence or argument as may be accepted by the Court at or prior to the hearing.[1]

Dated: March 8, 2022.            Respectfully submitted,

**THE SULTZER LAW GROUP, P.C.**

By: _/s/ Jason P. Sultzer_____
  Jason P. Sultzer, Esq.
  Philip Furia, Esq.
  Mindy Dolgoff, Esq.
  85 Civic Center Plaza, Suite 200
  Poughkeepsie, NY 12601
  Phone: (845) 483-7100
  Fax: (888) 749-7747
  sultzerj@thesultzerlawgroup.com
  furiap@thesultzerlawgroup.com
  dolgoffm@thesultzerlawgroup.com

  Charles E. Schaffer
  **LEVIN SEDRAN & BERMAN**
  510 Walnut Street, Suite 500
  Philadelphia, PA 19106
  Telephone: (215) 592-1500
  Facsimile: (215) 592-4663
  cschaffer@lfsblaw.com

---

[1] This motion will be available on the settlement website within one day of filing.

**BURSOR & FISHER, P.A.**
Max S. Roberts, Esq.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mroberts@bursor.com


**BURSOR & FISHER, P.A.**
Sarah N. Westcot, Esq.*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail: swestcot@bursor.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.*
David C. Magagna Jr., Esq.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
E-Mail: cschaffer@lfsblaw.com
           dmagagna@lfsblaw.com


**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu, III, Esq.*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Jennifer Czeisler, Esq.*
Virginia Ann Whitener, Esq.*
Russell Busch, Esq.*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
E-Mail: jczeisler@milberg.com

gwhitener@milberg.com  
rbusch@milberg.com

*Attorneys for Plaintiffs and the Settlement Class*